4:19CV2847

Notice of Amended Partial Acceptance – (Non-Mixed case) Airica Walthall v. Kirstjen M. Nielsen, Secretary
Agency Case No.: HS-ICE-00922-2018

If you do not wish to pursue the complaint, the complaint may be withdrawn at any time by contacting the below named EEO point of contact.

RIGHTS AND RESPONSIBILITIES:

Please note that, any time after 180 days have elapsed from the filing of the complaint, your client has the right to request a hearing before an AJ by submitting a written request for a hearing directly to the EEOC Office indicated in the acknowledgment letter this Office previously issued, with a copy provided to this Office. Alternatively, your client has the right to file a civil action in U.S. District Court at that time.

You and Complainant are reminded that in order to amend this complaint prior to a hearing, Complainant must submit a written statement to the Chief, Complaints and Resolution Division, Office of Diversity and Civil Rights, in order for the Agency to determine whether the proposed amendments are like or related to the allegations previously accepted for investigation.

**Proposed amendments and requests to change accepted allegations should be sent to:**

**Via Mail:**
**Carolyn Leary**
**(A) Chief, Complaints and Resolution Division**
**ATTN: Amendments**
***Office of Diversity and Civil Rights***
**801 I Street NW, Suite 810**
**8th Floor, Mail Stop 5010**
**Washington, D.C. 20536-5010**

United States Courts
Southern District of Texas
FILED
AUG 01 2019
# HOU
David J. Bradley, Clerk of Court

**Or Via Email:** EEO-ADR-ICE@ice.dhs.gov
**Include in the subject line: Amendment Requested** *Requested And Approved*

To avoid possible dismissal of your client's discrimination complaint for failure to prosecute, you and your client should promptly acknowledge receipt of all certified mail; provide this office with any change of address; cooperate with the EEO Investigator in the conduct of the investigation; and, if a hearing is requested, proceed with the hearing without undue delay. Failure to cooperate may result in dismissal of your client's discrimination complaint, pursuant to 29 C.F.R. § 1614.107(a)(7).

Please be aware that 29 C.F.R. § 1614.603 states that parties must make reasonable efforts to voluntarily settle the complaint throughout the process. For information regarding the U.S. Immigration and Customs Enforcement's Alternative Dispute Resolution (ADR) program, or other resolution methods available to your client, please contact Jay Gauthier, ADR Program Manager, at 802-288-8782. Please note that the terms of any resolution/settlement, should one be reached, will be reduced to writing, and you and your client will be provided a copy.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of Homeland Security | Airica Walthall<br>7430 Foxwaithe Lane<br>Humble TX 77338 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 08/16/1979 | Divorced | 2010 - Present | NA |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Federal law enforcement officers (including managers) used law enforcement resources, tools, and databases to harass, discriminate, and harm me and my 15 year old daughter and then attempted to coverup the matter. Many regulations, policies, and even laws were violated in this case. My federal mail and packages were circumvented and tampered with. Federal law enforcement officers illegally monitored personal phone calls, call logs, personal emails, personal text messages, accessed personal home cameras, inappropriate solicitation of a minor (my daughter). Wrongful discharge, defamation, sexual harassment, LGBT, gender, and religious discrimination, law enforcement intimidation, AD/ discrimination HIPAA, and FMLA violations. See Attached documents.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NA

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

See #8 and see attached documents.
My daughter was also harmed in this matter.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

This matter has been overwhelming and harmful to me and my daughter as we both developed health conditions. The medical conditions derived by me are stress & anxiety related and are much better today. In 12 months, my daughter and I relocated cross country twice in attempt to resolve extreme harassment while my daughter was also experiencing harassment from these same individuals. Specific information referencing derived medical conditions may be requested - all severe stress & anxiety related due to long term retaliation.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| R. Cantu, C. Hicks, H. Marin, J. Leal, | 806 Hilbig Road Conroe TX 77301, Phone: (936) 521-4900 |
| A. Bennett, B. Bradford, C. Clements, J. Davis | 126 Northpoint Drive. Houston TX |
| J. Lara, T. Stephens (and many others) *SEE CALL ROSTERS | 16630 Imperial Valley Dr. Suite 200 Houston TX |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 2 Million | 5 Million | | 7 Million |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | 832-276-9805 | 4-1-19 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

(3)

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

1. Submit to Appropriate Federal Agency:

* Department of Defense
Civil Service, Agents, Military

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.

Airica Walthall
7430 Foxwaithe Lane
Humble TX 77338

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| [X] MILITARY [X] CIVILIAN | 08/16/1979 | Divorced | 2011 to Present | NA |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Under the Color of Law, DOD & DHS personnel (including managers) unethically and illegally used and abused military & law enforcement authorities, powers, resources, tools, and databases to harass, discriminate, retaliate, intimidate, participate in computer crimes & data exploitation, and then attempted to cover up the matter. Many regulations, policies, and even laws were violated in this case. DOD & DHS employees unethically & illegally monitored personal phone calls, call logs, personal emails, personal text messages, and even accessed personal home cameras violating major Civil Rights Laws. See Attached Documents.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NA

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

See #8 and see attached documents.
My daughter was also harmed in this matter.

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

This matter has been overwhelming and harmful to me and my daughter as we both developed health conditions. The medical conditions derived by me are stress & anxiety related and are much better today. In 12 months, my daughter and I relocated cross country twice in attempt to resolve extreme harassment from work, while my daughter also experienced harassment from these same individuals. Specific information referencing derived medical conditions may be requested - all severe stress & anxiety related due to long term retaliation.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| K. McCray, S. Hawthorne, L. Ashley, Tilley | (and others) US Air Force - Lackland AFB TX, USAF - Randolph AFB TX |
| Damion Warr, Jason Hill (USAR unit & others) | US Army 1002nd QM CO Det Ellington Field 14555 Scholl Street Houston TX |
| Jason Smith (USAR WTC unit & others) | US Army – 95th Division Warrior Transition Center Fort Sill OK |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 2 Million | 5 Million | | 7 Million |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | 832-276-9805 | 6-1-19 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

(5)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Postal Service | Airica Walthall<br>7430 Foxwaithe Lane<br>Humble TX 77338 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 08/16/1979 | Divorced | 2014 - Present | NA |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and *the cause thereof. Use additional pages if necessary).*

Federal employees (including USPS employees) used government resources, tools, and databases to harass and discriminate using my personal mail & packages in order to retaliate, intimidate, and exploit personal information. Many regulations, policies, and even laws were violated in this case. My US mail and packages were circumvented and tampered with consistently for years. Without a warrant - USPS workers and Law Enforcement Officers circumvented, screened, and tampered with my mail & packages at USPS storefront 9490 FM 1960 Bypass W Ste 200 Humble TX 77338 and 1202 1st St E, Humble, TX 77338 (and other locations). See Attached Documents.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NA

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

See #8 and see attached documents.

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Due to extreme harassment and long term retaliation, this matter has been overwhelming and harmful. The medical conditions derived by me are stress & anxiety related but are now much better. In 12 months, my daughter and I relocated cross country twice in attempt to resolve extreme retaliation & harassment from my job, while my daughter also experienced harassment from these same individuals. Specific information about derived medical conditions may be requested - all severe stress & anxiety related due to long term retaliation).

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| USPS Store 77338, C. Hicks, H. Marin, J. Leal, | USPS Store - 9490 FM 1960 Bypass W Ste 200 Humble TX |
| A. Bennett, B. Bradford, C. Clements, J. Davis | 126 Northpoint Drive. Houston TX |
| J. Lara, T. Stephens, R. Cantu | 806 Hilbig Road Conroe TX 77301 |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 2 Million | | 2 Million |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | 832-276-9805 | 06-11-2019 |

| **CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM** | **CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS** |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

6

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? [ ] Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [X] No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [ ] Yes [X] No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? [ ] Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [X] No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

(1)

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

1. Submit to Appropriate Federal Agency:

Department of Justice

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.

Airica Walthall
7430 Foxwaithe Lane
Humble TX 77338

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 08/16/1979 | Divorced | For several years | NA |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Federal law enforcement officers used law enforcement resources, tools, and databases to harass, discriminate, and harm me and my 15 year old daughter and then attempted to coverup the matter. Many regulations, policies, and even laws were violated in this case. Federal law enforcement officers illegally monitored personal phone calls, call logs, personal emails, personal text messages, accessed personal home cameras, inappropriate solicitation of a minor (my daughter). Wrongful discharge, defamation, sexual harassment, LGBT, gender, and religious discrimination, law enforcement intimidation, ADA discrimination HIPAA, and FMLA violations. Damages include: financial, mental, physical, and health suffering. See Attached Affidavits.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

See #8 and see attached affidavits.
My daughter was also harmed in his matter.

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Severe medical conditions derived from this matter for me and my daughter. Specific information is addressed in attachments.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Hector Marin | 806 Hilbig Road. Conroe, TX, 77301. Phone: (936) 521-4900 |
| Charles Hicks | 806 Hilbig Road. Conroe, TX, 77301. Phone: (936) 521-4900 |
| Jose Leal | 806 Hilbig Road. Conroe, TX, 77301. Phone: (936) 521-4900 |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 2 Million | 5 Million | | 7 Million |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | 832-276-9805 | 4-1-19 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

8

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? [ ] Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [X] No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [ ] Yes [X] No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? [ ] Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [X] No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.



To whomever can & may assist:

I filed an EEO with the Department of Homeland Security over 18 months ago (October 2017). I experienced discrimination, harassment, retaliation, law enforcement intimidation, and experienced a hostile work environment. I was terminated under charge "reasons with no fault of your own" in December 2018 and I'm still experiencing retaliation & intimidation presently. I was advised by agency employees, it's unnecessary to go through US EEOC but because I'm experiencing stall tactics, I request US EEOC to accept this memorandum and attachments as me Filing A Charge. I request US EEOC to review all the information provided, investigate, and provide a notice to sue as soon as possible. I have an attorney, Alan Lescht in Washington DC (contact information included). Initially, he said my case was impossible to lose and demanded the right to sue immediately after mediation. The agency has had ample time to investigate, requested extensions, and they are giving me the run around in an attempt for me to drop my case. If this case reaches US District Court, I request trial by jury.

Thanks in advance & Very respectfully,

Airica S. Walthall
832-276-9805 / airicawalthall@yahoo.com



To whomever can & may assist:

I filed an EEO with the Department of Homeland Security over 18 months ago (October 2017). I experienced discrimination, harassment, retaliation, law enforcement intimidation, and experienced a hostile work environment. I was terminated under charge "reasons with no fault of your own" in December 2018 and I'm still experiencing retaliation & intimidation presently. I was advised by agency employees, it's unnecessary to go through US EEOC but because I'm experiencing stall tactics, I request US EEOC to accept this memorandum and attachments as me Filing A Charge. I request * US EEOC to review all the information provided, investigate, and provide a notice to sue as soon as possible. I have an attorney, [redacted] in Washington DC (contact information included). Initially, he said my case was impossible to lose and demanded the right to sue immediately after mediation. The agency has had ample time to investigate, requested extensions, and they are giving me the run around in an attempt for me to drop my case. Please assist and advise.

Thanks in advance & Very respectfully,

Airica S. Walthall
832-276-9805 / airicawalthall@yahoo.com

*I NEED WHISTLEBLOWER PROTECTION ASAP. AS THESE ARE HATE CRIMES. AS WELL, SOMEONE IDENTIFIED ME AS BEING A "CI" FOR OTHER CRIMES AND THIS IS UNTRUE. NEVERTHELESS, MY SAFETY IS JEOPARDIZED BEHIND BEING LABELED A "CI".

*I WAS INFORMED SOMEONE IN SENIOR MANAGEMENT IS OBSTRUCTING MY CASE, PREVENTING ME FROM BEING REINSTATED, AND PREVENTING FORMAL PROTECTIONS FOR ME AND MY CHILD. PLEASE ASSIST.

* FORWARDED TO DHS COMPONENTS

10

## STATEMENT OF COMPLAINT

**Wrongful Discharge / Constructive Discharge by DHS ICE Federal Law Enforcement Management** – (managers found guilty by this investigation and the case investigation of others for the exact unethical & illegal behaviors). I experienced harassment, discrimination, and exploitation for years under DHS. After treatment became extremely disparate and intolerable, I filed an official complaint and requested investigations of all mistreatment. Within days of me filing the official complaint the mistreatment worsened, I experienced law enforcement intimidation, and then I was threatened to leave the office. Also, within days management moved me to a new section, new team, and new assignment / new job. I was further isolated, restricted from receiving emails, trainings, and meetings given to my peers and management even after I expressed to 3 different managers and several colleagues, I desired to stay with DHS ICE in Houston despite the issues (this was recorded and in writing). Management knew these things were going on even before I filed a complaint and requested protection. This can be proven by the "security overtime details" assigned to me and my homes (multiple places of residences over years) that took place prior to me going to management and afterwards. Instead of notifying me officially and correcting the matters properly management attempted to do a cover-up, even after I filed my complaint and requested an investigation. Here forth, I was harassed more, ridiculed inside & outside the office amongst my peers, exploited, and daily intimidated by law enforcement, until the hostile work environment forced me to resign and transfer from DHS ICE – Houston TX to DHS USCIS – Arlington VA. The harassment and intimidation followed me to the new city & new department. A manager informed me, this was done (with a plan put in place by management) in attempt to intimidate me to drop my complaint which is now a lawsuit, the agency has asked me multiple times if I was still pursuing my complaint/justice or would I consider dropping it. This same manager informed me this was a joint task force matter by multiple departments. DHS Managers elongated & worsened threat, discrimination, and harassment by participating in unethical & illegal actions and participating in the cover up. DHS managers learned of threats, defamation, and harassment of me & my family but covered up these things because managers were found to be involved with these illegal actions as well as other illegal actions. I was advised by two Senior DHS managers; the harassment & threats were intentionally allowed to worsen inside office and then outside to my personal life to produce intimidation and fear in attempt to cover up liability. It would be silly of me to think my personal data, email, internet, personal cameras are tamper proof but I don't expect my colleagues in law enforcement / public service to illegally and unethically tamper with these things and use the information for any reason; certainly not for intimidation and exploitation. Again, I was advised this was a joint taskforce by multiple departments. I have records and identification for all assignments, orders, supervisory and personnel contacts for all 17 years of federal service (military & civilian), as well I have my record of service from the State of TX. To my understanding, the officers involved in the illegal searches and data exploitation all fall under DHS, DOJ, DOD, VA, IRS, and State of TX. Under the Color of Law and then by utilizing extreme Officer Misconduct, officers unethically and illegally used their lawful authority and/or government databases to access my door entry codes, personal home cameras, obtain personal information, banking, financial, medical records after I declined intimate relationships (sexual harassment). I was then extremely discriminated, ridiculed, and exploited based on sexual orientation, political opinion, religious views,

11

and VA disability which then effected my workplace environment and other opportunities I applied for but was not given (Prohibited Practices). Unfortunately, for their personal & professional benefit my personal life, data, investment, and business information was exploited through illegal searches then shared with the peers of these people, and so on. All of this was attempted to be covered up by law enforcement. I reported my EEO, Harassment, Hostile Work Environment complaint to the Assistant Field Office Director in October 2017. Before I left Houston TX in November 2017, this same Assistant Field Office Director was heard on the phone numerous times in phone conferences with Houston Police Department (HPD) discussing officer's involvement. During one of these conversations ICE managers and HPD discussed early retirement for officers (plural). The Houston Police Department emailed me in Spring 2018 and stated DHS informed them they would handle the investigation (this is documented by emails).

**Retaliation** – Amongst the other mistreatment, after I filed the complaint in October 2017 I was transferred to a new section, then experienced isolation from colleagues and much more harassment and intimidation. My manager at the time asked the Assistant Field Office Director with me present, "what do we need to do to get her out of here (and she continued to ask me if I was willing to accept a re-assignment in another city) (this is documented & recorded).

**Extensive Illegal Searches of personal belongings** (managers found guilty by this investigation and the case investigation of others for the exact unethical & illegal behaviors). **To include illegal searches to retrieve personal data, business plans & ventures used for exploitation for others to benefit. The US Department of Justice defines obtaining a person for labor or services through the use of trickery, coercion, or fraud for the purpose of involuntary servitude, benefit, and/or profit as human trafficking (to my understanding these actions derived from public servants abusing their powers and legal authorities for access and sharing this information with their peers for benefit).** Exploitation included illegal searches of personal phone, personal computer, personal text messages, personal emails, personal phone call monitoring, medical records, my personal home security cameras inside and outside home, as well as monitoring and following me by vehicles over an extensive periods (years) without warrant. I was advised by multiple local government, DHS & DOD managers; I have every right to sue and some of the people would be lucky to not face criminal prosecution. I was advised I was also being retaliated because I had notes stored for some things found to be unethical, illegal. DHS, DOJ, DOD, and officers that fall under the state of Texas were identified. Therefore, I requested the Whistle Blower protections to ensure the safety of me and my loved ones.

**Sexual Harassment -** (managers found guilty by this investigation and the case investigation of others for the exact unethical & illegal behaviors). I was harmed by the sexual harassment, retaliation, discrimination, defamation, and hostile work environment created as these things were done most recently to intimidate me from going forward with my case and harm me professionally after I declined to carry on intimately / romantically with Officers. On multiple occasions, I declined to become intimate with colleagues, or go to after work parties, participate in 3somes, swinging, and drinking. There is

12

nothing at all wrong with drinking & parties – I just tried to avoid it with my colleagues in attempt to avoid situations such as this – a lawsuit.

**EEO Discrimination – Political Opinion –** Rumors and lies were spread and encouraged by officers and management based on their participation, mockery, ridicule, and the defamation this created. Allegations included: I'm an adamant Republican, ashamed of my own race (which I am black and unashamed & proud of my race). Statements were made inside and outside the office that I prefer the company of whites over minorities (this is ridiculous and untrue but told enough times that it created stigma and defamation). I'm open to the company, ideas, and working with all individuals of all nationalities, I'm far from prejudice. Specifically referring to my political views, they are indeed bi-partisan, I'm open to the political strategies, agendas, and actions of both parties who want to do what's right for his or her constituents, nevertheless, I've never voted Republican on any ticket.

**EEO Discrimination – Disability (ADA), HIPAA, AND FMLA LAW VIOLATIONS –** (managers found guilty by this investigation and the case investigation of others for the exact unethical & illegal behaviors). DHS managers violated ADA & HIPAA laws by revealing some of my true medical conditions, while exaggerating and lying and spreading rumors about medical conditions I do not have in order to support their agendas. For example – lying and informing my work colleagues that my VA disability conditions were falsified by me (which is untrue), spreading false rumors that I have sexually transmitted diseases (which I do not), and spreading rumors that I am mentally unfit to raise my child (which is untrue and my child is none of my employers business). Officers used illegal monitoring, searches, & seizures without warrant and based on personal emotions & opinions, biases, and discrimination to access my US mail and packages, monitored phone calls, personal feminine items, personal emails, personal photos, and even personal websites that I had prior accessed. This information was shared, joked about referring to my VA disability and medical records inside & outside the office access which further slandered my career.

**Side note - EEO Discrimination – Disability (ADA), HIPAA, AND FMLA LAW VIOLATIONS -** Due to the extreme harassment and hostile workplace environment. In March 2018, I was approved for 12 months of FMLA due to the severity of medical circumstances derived from extreme stress & anxiety after experiencing retaliation and law enforcement intimidation long term. However, after me and the attorney Alan Lescht met with DHS mediators in April 2018 with no resolution from management, I was placed in AWOL status and repetitively asked to return to work and accept another position. After many months of me refusing to step down to a lesser position, the agency then took me off AWOL status and returned me under FMLA until they decided to terminate me under REASONS WITH NO FAULT OF MINE.

**EEO Discrimination – Sexual Orientation** (managers found guilty by this investigation and the case investigation of others for the exact unethical & illegal behaviors). Managers used illegal monitoring, searches, & seizures without warrant and based on personal emotions & opinions, biases, and discrimination to access my US mail and packages, monitored

13

my personal phone calls, personal feminine items, personal emails, personal photos, and even personal internet sites that I had prior accessed. Information was shared about former people I dated. I was "slut shamed" for relationships over 20 years ago and any of the same sex relationships I shared with other women were compared to bestiality. This information was shared, ridiculed, joked about inside & outside the office referring to my sexual orientation. This is a great example describing how the unethical & illegal actions, retaliation, discrimination, and defamation were so extreme that my professional career was dismantled.

**EEO Discrimination – Religion** - (managers found guilty by this investigation and the case investigation of others for the exact unethical & illegal behaviors) - employees literally spoke against LGBT couples and condemned them to hell. This was done often enough that several officers spoke out in a training class against LGBT couples with management leading the class and nothing was said or done to correct or stop these individuals from condemning LGBT people as going to hell, mentally unfit, and advising me of bible scriptures. Before leaving ICE ERO – Houston TX in November 2017, I literally had 5 Houston ICE Officers attempt to minister scripture to me to convince me of their beliefs. Two of these Officers randomly asked if they could pray over me at work. I'm a Christian as well but I don't attempt to teach or convince my beliefs to others or condemn anyone to hell, especially not while at work. Officers used illegal monitoring, searches, & seizures without warrant and based on personal emotions & opinions, biases, and discrimination to access my US mail and packages, monitored phone calls, personal feminine items, personal emails, personal photos, and even personal websites that I had prior accessed. This information was shared, ridiculed, and joked about inside & outside the office referring to my religion and spirituality.

**EEO Discrimination – Gender (female)** - (managers found guilty by this investigation and the case investigation of others for the exact unethical & illegal behaviors biased against females for promotions & opportunities). Officers used illegal monitoring, searches, & seizures without warrant and based on personal emotions & opinions, biases, and discrimination to access my US mail and packages, monitored phone calls, personal feminine items, personal emails, personal photos, and even personal websites that I had prior accessed. This information was shared, ridiculed, and joked about inside & outside the office referring to my gender and sexual orientation

**EEO Discrimination – Parental Status Discrimination** - (managers found guilty by this investigation and the case investigation of others for the exact unethical & illegal behaviors biased against parents for promotions & opportunities). As well, for me particularly Officers used illegal monitoring, searches, & seizures without warrant and based on personal emotions & opinions, biases, and discrimination to access my teenage daughter for inappropriate sexual solicitation as early as age 13. This can be validated in our phone records to reflect the addresses of the Officers who inappropriately emotionally & sexually solicitated my child by hundreds of phone calls and text messages.

(14)

**EEO Discrimination – Race –** (managers found guilty by this investigation and the case investigation of others for the exact unethical & illegal behaviors biased against minorities for promotions & opportunities). As well, for me particularly Officers some officers (to include managers found guilty by this investigation and others) using racial slurs to identify me such as: nigger, ape, monkey, and dog. Officers also used police powers and illegal searches, & seizures without warrant to circumvent mail, packages, medical records and personal belongings accessing personal feminine items, medications, personal emails, personal photos, and even personal websites that I had prior accessed. This information was shared, joked about inside & outside the office referring to my gender and sexual orientation, (including offensive jokes, threats, intimidation, insults, interference with work performance, and constructive discharge.

**Prohibited Personnel Practices – Veterans experienced Discrimination for Hiring, Promotions, Transfers, Disparate Disciplinary Sanctions & Terminations** (managers found guilty by this investigation and the case investigation of others for the exact unethical behaviors biased against veterans for promotions & opportunities). As well, for me particularly due to harassment, retaliation and veteran preference bias I as well as others have been disciplined and terminated with bias, denied promotions and opportunities we applied for (and much more qualified than those selected). Veteran preference, created to assist veterans in hiring practices, was unfortunately used against us.

**Prohibited Personnel Practices – Revoked Security Clearance** (managers found guilty by this investigation and the case investigation of others for the exact unethical behaviors). Due to extreme defamation, intimidation and harassment I was identified as being a security risk and possibly gang or terrorist linked – all untrue. I was also identified as an unfit mother, alcoholic, drug abuser, drug dealer, and mentally unstable – all untrue. I'm not perfect but I'm a great mother. I consume 1 to 2 alcoholic servings (1 to 2 cups/glasses of alcohol) a month, and I I've never used or sold any type of drugs – ever. The persons responsible for dispatching any message of me being unfit were made from exes of mine from many years ago and/or people I later declined to begin or resume intimate/romantic relationships with – clearly they are biased, and have been malicious with these false statements and even influenced by payoffs. I tried to avoid office romances to avoid the inevitable drama that often follows it. I've never dated or became intimate with anyone on the job. However, when officers learned I had history with a female officer on the job due to jealousy & bias, all allegations, harassment, discrimination, intimidation, and a hostile work environment created a firestorm. Unknown to my coworkers, the situation I shared with this female I worked with was over a decade ago – before joining DHS. Lastly, I was advised my most recent ex-partner who also happened to be female had equally the same admirers on the job / in law enforcement which created even more chaos in the fire, as the 3 of us regularly declined romantic advances from other officers.

**Obstruction of Justice** (managers found guilty by this investigation and the case investigation of others for the exact unethical behaviors). The crime or act of willfully interfering with the process of justice and law especially by influencing, threatening, harming, or impeding a witness, potential witness, juror, or judicial or legal officer or by furnishing false information in or otherwise impeding an investigation or judicial / legal process.



## SUMMARY OF COMPLAINT

I was harmed by the sexual harassment, retaliation, discrimination, defamation, and hostile work environment created as these things were done most recently to intimidate me from going forward with my case and harm me professionally after I declined to carry on intimately / romantically with Officers. I was terminated under charge "reasons with no fault of your own" in December 2018 and I'm still experiencing retaliation & intimidation presently.

After I filed my complaint of harassment and discrimination I was moved to a new section, new team, new office immediately within 2 to 3 days. I was isolated, ridiculed by other managers and peers joking and sharing stories about my personal life and investigation, excluded from staff meetings and trainings, lies were circulated that I was HIV positive and had other STD's, my medical history was shared and discussed between management and my peers (my equals), they used intimidation tactics even using government vehicles and databases. Eventually I was constructively forced out of DHS. Before departing DHS ICE Houston TX, the supervisor threatened retaliation by stating she could give negative feedback about me for referrals and promotions. She also stated she knew people in my personal life that was giving her information about me. My family and friends live out of state, I'm a private person, therefore this led me to believe my supervisor was prying into my personal life and she admitted she was discussing me outside of work with others with matters unrelated to work (this is recorded & documented). I later learned DHS managers including this one, indeed contacted people in my personal life in attempt to slander and discredit me professionally.

At the time my immediate Supervisor was Supervisory Detention and Deportation Officer ########. In a meeting, she asked the Assistant Field Office Director what must be done to get me out of the office. I became concerned when this same manager, asked me multiple times where I was keeping my service weapon during work hours. I was uncertain if she was warning me of a threat, but I was compelled to believe this because around the same time frame another ICE Agent came to me stating I need to get Concealed Handgun License for personal carry outside work. This information was random and 2 different Federal Agents asking questions concerning the location of my weapon in a matter of weeks had never happened to me during my 17-year career. As well this information in combination with the harassment I was dealing with, and my daughter being solicited and harassed by the same people (which is unethical, illegal, and erratic), I felt our safety was threatened. When my manager asked the Assistant Field Office Director, "what needs to be done to get me out of the office" by the tone of her voice I knew it was an urgent matter to rid me from the office and / or it was a matter of my safety.

I have 17 years of federal service, an AAS in Criminal Investigations, BS in Criminal Justice, and I have an MBA with a concentration in Government Contracting and Acquisitions that I was intending to use in a future Federal Executive position before retiring. Before this matter, I was well respected on the job and steadily climbing the career ladder. However, after all the negative feedback that was deliberately and maliciously broadcasted and slandered throughout the

16

department as well as into my personal life, my professional career and reputation is now severely damaged, tarnished, and opportunities now are at minimum and restricted. As of December 2018, I lost my job. My 6-figure salary and benefits have been taken away from me and my future earning potential to grow further and promote at an even higher salary is now gone due to foolishness, discrimination, retaliation, and unethical & illegal acts by law enforcement. As well, I've almost exhausted my savings and the credit profile that was excellent before is now minimal due to this catastrophe. These things mean a lot to a single mother that was also assisting family members financially.

This matter has been overwhelming and harmful to me and my daughter as we both developed health conditions. The medical conditions derived by me are stress & anxiety related and are much better today. In 12 months, my ninth-grade daughter and I relocated cross country twice in attempt to resolve the matter at work while my daughter was also experiencing harassment from these same individuals.

As well, some of the officers held responsible for unethical and illegal police misconduct were able to transfer, some were given severances, and some were able to retire early with pension without encountering any obstacles or financial burdens. All the while, I have been terminated, with my pension still pending since I submitted it August 2018, my credit was excellent before this incident and now it is destroyed, as I've been living off my credit cards, and almost exhausted savings. This matter has been horrific for a single-mother coming from a six-figure salary and living comfortable but modestly to ensure the welfare of my daughter is good no matter what. However, for the first time in my life I've had to request government assistance (unemployment –which was declined). For the first time in my 15-year old daughter's life she's beginning to question our welfare and if we're going to be alright (financially and safety). My daughter and I have loss our once enjoyable life and I am being punished for filing complaint on DHS for sexual harassment, discrimination, hostile work environment, exploitation, constructive discharge, retaliation, and law enforcement intimidation, unethical, and illegal acts.

After harassment and hostile work environment became intolerable, I then filed an official complaint. After this I was informed in secrecy by managers and other officers about reckless defamation, exploitation, and a threat to me and this is when I also officially requested whistleblowers protections for me and my loved ones. Management already knew of these things and this can be proven by the "security overtime detail" assigned to me and my homes that took place prior to me going to management and afterwards. Instead of notifying me officially and correcting the matters at hand, after I filed my complaint I was harassed even more, ridiculed, exploited, intimidated by law enforcement, and forced to resign and transfer to another DHS department. This was done in attempt to intimidate me to drop my complaint which is now a lawsuit, the agency has asked me multiple times if I was still pursuing my complaint/justice or would I consider dropping it.

It's disturbing to know law enforcement officers are comfortable participating in a cover up, including some federal law enforcement, intelligence analysts, and other officers who elongated and worsened harassment, exploitation, and



discrimination and other illegal actions such as denied promotions and opportunities I applied for, threatened prosecutions of people I know, illegal phone monitoring and illegal searches of my personal belongings, personal mail & packages, personal email & social media accounts, medical records, and personal surveillance cameras (that included my home life, 15 year old daughter, and intimate partner - some of my and my daughter's activities private and intimate, were illegally recorded by audio & video by officers - this was discussed and ridiculed inside and outside the office with colleagues including some managers) (and I was also advised in secrecy by management my then partner – cooperated with law enforcement and received substantial compensation).

Considering everything I've encountered, it is unimaginable what inhumane treatment & discrimination may be taking place under the DHS umbrella to the millions of immigrants that enter this country and later adjudicate to DHS clients, then Lawful Permanent Residents, and eventually many become United States Citizens. I never will portray myself as a perfect employee, however I gave the federal government 17 years of efficient work, great attitude on the job, excellent performance appraisals, however I was professionally lynched because I refused to date, become intimate, participate in ménage trois, get drunk, and party with my colleagues and managers. Again, nothing wrong with having a good time and occasionally drinking & partying. I only attempted to decline these things with colleagues to avoid drama. Managers & colleagues even informed me because I declined these invites; amongst biases, gossip was encouraged to turn into harassment, defamation, exploitation, discrimination, isolation, intimidation, and even illegal searches with planned motives to destroy me professionally and personally.

If illegal and unethical actions are acceptable for a black, female federal agent that was once a golden employee (who just happened to decline on the job romantic advances - WITH EXCEPTION TO UNDERCOVER OFFICERS THAT APPROACHED ME CONSISTENTLY IN MY PERSONAL LIFE FOR YEARS IN ATTEMPT TO ENTRAP ME IN CRIMINAL ACTIVITY), what illegal and unethical actions are also acceptable to other employees and the millions we serve as public servants by these agency employees based on the same poor decision making skills, illogical reasoning, biases, and discrimination they used on me and my innocent teenage daughter?

To whomever can & may assist:



I'm requesting support and assistance with a matter that includes unethical and illegal actions by local and federal law enforcement officers to include: a cover-up of sexual harassment, religious discrimination, exploitation, obstruction, extreme law enforcement intimidation, illegal searches, and inappropriate emotional & sexual solicitation of my 15 year old daughter (she was 13 when it began and unfortunately this can be validated by hundreds of text and calls that reflect the location of my then colleagues).

I've lost my job since then. After I filed an official complaint and requested investigations, I was moved by management to a new section, new job/ new assignment and ridiculed, isolated, intimidated, and harassed even more. I was isolated, restricted from receiving emails, trainings, and meetings given to my peers and management even after I expressed to 3 different managers and several colleagues, I desired to stay with the organization despite the issues (and this was recorded and in writing). I was terminated under charge "reasons with no fault of your own" in December 2018 and I'm still experiencing retaliation & intimidation presently.

A manager informed me, this was done (with a plan put in place by management) in attempt to intimidate me to drop my complaint which is now a lawsuit, the agency has asked me multiple times if I was still pursuing my complaint/justice or would I consider dropping it. This same manager informed me this was a joint task force matter by multiple departments. DHS Managers elongated & worsened threat, discrimination, and harassment by participating in unethical & illegal actions and participating in the cover up. DHS managers learned of threats, defamation, and harassment of me & my family but covered up these things because managers were found to be involved in these illegal actions as well as other illegal actions. Under the Color of Law and then by utilizing extreme Officer Misconduct, officers unethically and illegally used their lawful authority and/or government databases to access my personal home cameras, obtain personal information, banking, financial, medical records after I declined intimate relationships (sexual harassment). I then faced extreme discrimination, I was ridiculed, and exploited based on my sexual orientation, political opinion, religious views, and VA disability. These things collaboratively and overall were a major catastrophe in my workplace environment and other opportunities I applied for outside but was not given based on bias & retaliation, which are absolutely Prohibited Practices. All of this was attempted to be covered up by law enforcement. I reported a complaint of EEO Infractions, Harassment, Hostile Work Environment to the Assistant Field Office Director in October 2017. Before I left Houston TX in November 2017, this same Assistant Field Office Director was heard on the phone numerous times in phone conferences with Houston Police Department (HPD) discussing the illegal actions of officer's that participated. During one of these conversations ICE managers and HPD discussed early retirement for officers (plural) to assist in covering up the liability. The Houston Police Department emailed me in Spring 2018 and stated DHS management informed them they would handle the investigation (this is documented by emails) (however nothing has been done).

Another manager informed me the department was literally attempting to isolate me from everyone both professionally and personally and this was encouraged by management creating an extreme hostile work environment, ridicule and defamation that created the end result of me losing my 17 year career in community service, lost work relationships and even turmoil in personal relationships. He stated, these things were encouraged to isolate me and my daughter from receiving any support and assistance, while I exhaust my finances, savings and credit to fight my case alone, after losing my job, and paying expensive attorney fees. This plan by DHS management is disturbing in more ways than one. I haven't received a paycheck since March 2018. I've been toughing out bills, paying attorney fees, and supporting me and my child from what I have preserved in my own personal savings. All the while, I've learned that some of the officers who participated in illegal actions and discrimination received payoffs, transfers, and / or early retirements. I've been blacklisted and I'm now concerned just how long the retaliation and intimidation will drag on.

19 *SEE RELEVANT INFO ON PAGES 71-76

I was given information by four colleagues, my ex-partner & another former "friend" deceived me and slandered my name to management, causing allegations, discrimination, and retaliation by management. I'm unsure which person said what – nevertheless, there is no space for rumors, biases, and hurt feelings from former romances in the workplace. I always try to refrain from office romances to prevent chaos but when two consenting adults choose to date, those feelings, thoughts, and opinions should be kept out of the workplace to prevent discrimination, harassment, and retaliation.

I was involved with the former "friend" over 15 years ago before we started working for the agency. If my last partner / ex-partner was or is a government employee in any capacity – I did not know this. I was informed my ex-partner cooperated with law enforcement and/or the military. The home we found, shared, and both shared insurance, bills, finances, and banking accounts is located at 20435 Moonwalk Drive Humble TX 77338.

Not surprisingly, my ex-partner and I have parted ways as this catastrophe didn't help our relationship. Nevertheless, towards the end of our relationship I was informed by three of our banking accounts that her name did not match her SSN. This most likely means this individual was indeed using at least a partial false identity and/or possibly working undercover in some capacity the 4 years we shared our lives (including bringing her into the life of my teenage daughter). Whatever the case, I expect to be compensated for "lost time" and "exploitation", harassment, and retaliation that clearly the government put in place and had full knowledge of acts and actions. (I was introduced to this person by a 3rd person – we were "set-up" to date).

** Link this case information to similar prior cases, government affiliations, persons, addresses, accounts, and recently created businesses, financial trusts, real estate, vehicles, etc. – case solved.

**I will not reveal the sources of these people unless I'm forced to go to court, in which they will receive immunity and retaliation protections.