United States District Court
Southern District of Texas
**ENTERED**
October 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Airica Smiley Walthall, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.: H-19-2847 |
| | § | |
| | § | |
| United States Government, | § | |
| et al, | § | |
| Defendants. | § | |

## ORDER

On October 17, 2019, United States Magistrate Judge Peter Bray conducted a Rule 16 Initial Scheduling Conference in the above-referenced cause. All parties failed to appear at the Scheduling Conference. The Court hereby Dismisses the above-referenced cause for WANT OF PROSECUTION.

Signed at Houston, TX on the ___18___ day of October, 2019.

_____
DAVID HITTNER
United States District Judge