United States District Court
Southern District of Texas
**ENTERED**
November 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Airica Smiley Walthall, | § § § | |
| V. | § | Civil Action No. 4:19-2847 |
| | § | |
| United States Government, et al, | § § § | |

## ORDER

Pending before the Court is the Motion to Reopen Case (Document # 8). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that the Motion to Reopen Case (Document # 8) is GRANTED. This case is set for an Initial Conference on December 12, 2019 at 10:00 a.m. Failure to appear will result in dismissal of this case without further notice.

SIGNED on the ___12___ day of November, 2019.

_____
DAVID HITTNER
United States District Judge